Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| MICHAEL FLYNN )<br>)<br>)<br>Plaintiff | |
| vs. ) | Case Number: 17-3071 |
| )<br>IMMEDIATE ACQUISITIONS, LLC )<br>)<br>Defendant | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**      Plaintiff has filed a Notice of Voluntary Dismissal.   This case is DISMISSED WITHOUT PREJUDICE with each party to bear its or his own attorney's fees and costs.   CASE CLOSED.

**Dated: July 14, 2017**

                                                                                          s/ Kenneth A. Wells
                                                                                          Kenneth A. Wells
                                                                                          Clerk, U.S. District Court